





434 E. NEW YORK STREET
INDIANAPOLIS, INDIANA 46202




INDIANAPOLIS
IN 460
23 JAN '17
PM 11



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.46[5]
0001752348 JAN 20 2017
MAILED FROM ZIP CODE 46202

Life Insurance Company of North America
c/o CT Corporation System
150 W. Market Street, Suite 800
Indianapolis, IN 46204

46204$2814 C010

A

Filed: 1/20/2017 10:22:29 AM
Debbie Hoskins
Clerk
Hendricks County, Indiana

# SUMMONS

ANDREA FLOOD
Plaintiff,
v.
LIFE INSURANCE COMPANY OF NORTH AMERICA
Defendant.

IN THE HENDRICKS CIRCUIT/SUPERIOR COURT
CIVIL DIVISION, ROOM NO.
CAUSE NO. 32C01-1701-CT-000014

TO:

Life Insurance Company of North America
c/o CT Corporation System
150 W. Market St
Suite 800
Indianapolis, IN 46204

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of this Court, and serve upon James M. DuBach of the Charles D. Hankey Law Office at 434 E. New York Street, Indianapolis, Indiana 46202, an answer to the Complaint for Damages which is herewith served upon you, within 20 days, commencing the date after you receive this Summons, (or 23 days if the Summons was received by mail). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

If you have a claim for relief against the Petitioner arising from the same transaction or occurrence, you must assert it in your written answer.

Clerk of the Court Debbie Hoskins

Dated: 01/20/2017

CLERK OF THE CIRCUIT COURTS
HENDRICKS COUNTY

# PROOF OF SERVICE

This Summons for (name of individual and title, if any) ______________________ was received by me on ________________________.

☐ I personally served the Summons on the individual at ______________ ______________________________________, on __________________; OR

☐ I left the Summons at the individual's residence or usual abode with ______________________________________, a person of suitable age and discretion who resides there, on ________________, and mailed a copy to the individual's last known address; OR

☐ I served the Summons on ________________________, who is designated by law to accept service of process on behalf of ______________________ ______________________, on ____________________; OR

☐ I returned the Summons unexecuted because ______________________ ____________________________; OR

☐ SERVICE VIA CERTIFIED MAIL, RETURN RECEIPT

Dated: _____________

________________________________
Server's Signature

________________________________
Printed Name and Title

CHARLES D. HANKEY LAW OFFICE
434 E. New York Street
Indianapolis, IN 46202
Server's Address

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant, _________________, on the _____ day of _________________, 20____; OR

(2) By leaving a copy of the summons and a copy of the Complaint at ______________, the dwelling place or usual place of abode of the Defendant, ______________________, with a person of suitable age and discretion residing therein, namely, ______________________, and by mailing a copy of the Summons to the Defendant, ______________________, by first class mail to ____________________________ the last known address of the Defendant.

________________________________
Sheriff of Marion County, Indiana

By: ____________________________

32C01-1701-CT-000014
Hendricks Circuit Court

Filed: 1/19/2017 10:43:18 AM
Debbie Hoskins
Clerk
Hendricks County, Indiana

STATE OF INDIANA ) IN THE HENDRICKS CIRCUIT/SUPERIOR COURT
) SS:
COUNTY OF HENDRICKS ) CAUSE NO.

ANDREA FLOOD, )
)
Plaintiff, )
)
vs. )
)
LIFE INSURANCE COMPANY )
OF NORTH AMERICA, )
)
Defendant. )

**COMPLAINT FOR DAMAGES**

Comes now Plaintiff, Andrea Flood, by counsel, Melissa A. Davidson, complains of Defendant, Life Insurance Company of North America (LINA), as follows:

1. The Plaintiff, Andrea Flood, is a citizen of the State of Indiana and resides in Hendricks County.

2. LINA is an insurance company doing business in Indiana.

3. At all-time material hereto, Andrea Flood was insured under a long term disability policy issued by LINA. The long term disability policy is attached as Plaintiff's Exhibit A.

4. Pursuant to the policy, LINA promises to pay monthly disability benefits payments in the event Ms. Flood is unable to work due to an injury or illness.

5. Andrea Flood was employed by Purdue University. The long term disability policy is therefore exempt from the Employee Retirement and Income Security Act of 1974.

6. Ms. Flood was forced to leave her job on February 3, 2013, due to medical conditions.

7. Ms. Flood applied for long-term disability benefits and after a period of payments was denied continuing benefits on or about June 2, 2014.

8. Ms. Flood continues to be totally disabled and her doctor has advised LINA that he is unable to work due to her conditions.

9. Despite this information from her treating doctor, LINA refuses to reinstate Ms. Flood's disability benefits.

10. Ms. Flood has complied with all the applicable provisions of the long term disability policy.

11. LINA has breached the provisions of the long-term disability policy by refusing to pay Ms. Flood disability benefits.

12. Ms. Flood has suffered emotional distress, financial losses and other losses due to LINA's refusal to pay her disability benefits.

13. LINA's actions have violated the covenant of good faith and fair dealing and Indiana Code 27-4-1-4.5 in several ways including but not limited to:

a. Terminating Ms. Flood's benefits when liability on the part of the insurance company is clear

b. Failing to conduct a proper investigation and review of this claim before denying Ms. Flood's benefits.

c. Compelling the insured to initiate this litigation to recover the amount due him under the terms of the policies.

d. Ignoring statements of Ms. Flood's treating doctor, who documented that he is unable to work.

WHEREFORE, the Plaintiff, Andrea Flood, requests that this Honorable Court enter

judgment against LINA in an amount that will compensate Plaintiff for the unpaid disability benefits, interest, attorney fees and damages for the insurance company's bad faith refusal to pay this legitimate claim.

Respectfully Submitted,

/s/ Melissa A. Davidson
Melissa A. Davidson, #26068-49
Attorney for Plaintiff
Charles D. Hankey Law Office
434 E. New York Street
Indianapolis, IN 46202
Phone (317) 634-8565 Ext. 231
Fax: (317) 634-9818

REQUEST FOR TRIAL BY JURY

Comes now Plaintiff and requests that all of the above and foregoing issues be tried by and with the intervention of a jury.

/s/ Melissa A. Davidson
Melissa A. Davidson, 26068-49
Attorney for Plaintiff
Charles D. Hankey Law Office
434 East New York Street
Indianapolis, Indiana 46202
(317) 634-8565

Filed: 1/20/2017 10:20:53 AM
Debbie Hoskins
Clerk
Hendricks County, Indiana

STATE OF INDIANA ) IN THE HENDRICKS CIRCUIT/SUPERIOR COURT
) SS:
COUNTY OF HENDRICKS ) CAUSE NO. 32C01-1701-CT-000014

ANDREA FLOOD, )
)
Plaintiff, )
)
vs. )
)
LIFE INSURANCE COMPANY )
OF NORTH AMERICA, )
)
Defendant. )

APPEARANCE BY ATTORNEY

Party Classification: X Initiating ___ Responding ___ Intervening

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party: Plaintiff, Andrea Flood

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE
434 E. New York Street
Indianapolis, IN 46202

Atty. no: 26068-49
Phone: (317) 634-8565
FAX: (317) 634-9818
email: mad@hankeylaw.com

3. There are other party members: ___ Yes X No

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): CT

5. I will accept service by FAX at the above noted number: ___ Yes X No

6. This case involves support issues: ___ Yes X No

7. There are related cases: ___ Yes X No

8. Certificate of service is attached showing service on all other parties: ___ Yes X No

Date: 1/20/2017

/s/ Melissa A. Davidson
Melissa A. Davidson, #26068-49
Attorney for Plaintiff