UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREA FLOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF LISA MEKKELSEN

I, Lisa Mekkelsen, being first duly sworn upon my oath state as follows:

1.  I am over the age of 18 and have personal knowledge of the facts stated herein.

2.  I am employed by Life Insurance Company of North America as a Senior Operations Specialist.

3.  The long-term disability benefits claimed by Plaintiff from June 2, 2014, to January 19, 2017, total $13,367.00.

Further affiant sayeth not.

Under penalty of perjury as provided by the laws of the United States of America, the undersigned certifies that the foregoing statements are true and correct to the best of her knowledge and belief.

_Lisa Mekkelsen_
Lisa Mekkelsen

Dated: _Feb. 10, 2017_