UPS CampusShip: View/Print Label

LORI ALCALA
(219) 864-5051
HINSHAW & CULBERTSON LLP (NI)
322 INDIANAPOLIS BLVD.
SCHERERVILLE IN 46375

0.0 LBS    LTR    1 OF 1

SHIP TO:
CLERK'S OFFICE
U.S. DISTRICT COURT - SOUTHERN DIST
46 E. OHIO STREET
INDIANAPOLIS IN 46204-1903

RECEIVED
FEB 14 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



IN 461 9-01



UPS NEXT DAY AIR    1
TRACKING #: 1Z 203 5AF 01 9415 7600

BILLING: P/P

Client Matter Number: 0995152
Attorney Initials: JK

CS 19.1.11.    WNINV50 84.0A 01/2017



FOLD HERE

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
2158 45TH ST
HIGHLAND ,IN 46322

UPS Access Point™
THE UPS STORE
228 W LINCOLN HWY
SCHERERVILLE ,IN 46375

UPS Access Point™
THE UPS STORE
903 JOLIET ST
DYER ,IN 46311

UPS CampusShip: Shipment Label

Page 1 of 1

https://www.campusship.ups.com/cship/create?ActionOriginPair=default_____PrintWindow...    2/13/2017

Case 1:17-cv-00476-RLY-DML   Document 1-4   Filed 02/14/17   Page 2 of 2 PageID #: 17

